01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                         )        CASE NO. MJ 19-516
        Plaintiff,                       )
                                         )
        v.                               )
                                         )        DETENTION ORDER
JOSE RAMIREZ-SOTO,                       )
                                         )
        Defendant.                       )
_____)

Offense charged:        Illegal Reentry after Deportation

Date of Detention Hearing:      October 29, 2019.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.      Defendant is reportedly a citizen of Mexico.

        2.      The United States alleges that his presence in this country is illegal.   There is

DETENTION ORDER
PAGE -1

01 | an immigration detainer pending against him.

02 |        3.       Defendant and his counsel offer no opposition to entry of an order of detention.

03 |        4.       Upon advice of counsel, defendant declined to be interviewed by Pretrial

04 | Services.   Therefore, there is limited information available about him.

05 |        5.       Defendant poses a risk of nonappearance due to lack of legal status in the United

06 | States, immigration detainer, and lack of verified background information.   Defendant poses a

07 | risk of danger due to criminal history.   There does not appear to be any condition or

08 | combination of conditions that will reasonably assure the defendant's appearance at future

09 | Court hearings while addressing the danger to other persons or the community.

10 | It is therefore ORDERED:

11 |   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

12 |       General for confinement in a correction facility separate, to the extent practicable, from

13 |       persons awaiting or serving sentences or being held in custody pending appeal;

14 |   2.  Defendant shall be afforded reasonable opportunity for private consultation with

15 |       counsel;

16 |   3.  On order of the United States or on request of an attorney for the Government, the person

17 |       in charge of the corrections facility in which defendant is confined shall deliver the

18 |       defendant to a United States Marshal for the purpose of an appearance in connection

19 |       with a court proceeding; and

20 |   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21 |       for the defendant, to the United States Marshal, and to the United State Pretrial Services

22 |       Officer.

01         DATED this <u>29th</u> day of October, 2019.

02

03                                             _____

                                          Mary Alice Theiler

04                                           United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3